UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re ANTHONY S. BERRINGER,           No. C 12-1114 PJH (PR)

        Plaintiff.          **ORDER OF DISMISSAL**

        This case was opened when plaintiff wrote a letter to the court regarding his confinement. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

        No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 25, 2012.

        PHYLLIS J. HAMILTON
        United States District Judge

G:\PRO-SE\PJH\CR.12\BERRINGER1114.DSM.wpd